# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WARRICK, | No. CV 12-10884 DOC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| BRAZLETON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 22, 2014

*David O. Carter*
DAVID O. CARTER
United States District Judge